IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00253-WYD-KMT

DANIELLE RICE,

     Plaintiff,

v.

DELOITTE CONSULTING LLP,

     Defendant.

---

### ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulated Dismissal With Prejudice filed October 16, 2013.  After a careful review of the stipulation and the file, it is

ORDERED that the Stipulated Dismissal With Prejudice is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney fees.

Dated:  October 16, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge